Christopher A. Seeger
Christopher Ayers
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
(973) 639-1000

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jose RUIS, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR SALES, USA, INC., and TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.,<br><br>Defendants. | Civil Action No. 2:20-cv-12600-ES-CLW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)** |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs Jose Ruis and Charles Sineri, through their counsel, dismiss their claims against all Defendants without prejudice. Neither an answer to the complaint filed in this action nor a motion for summary judgment have been served.

Dated: September 22, 2020             Respectfully submitted,

                                       __/s/ Christopher A. Seeger_____

**SO ORDERED.**
The Clerk of Court shall CLOSE the case.

Christopher A. Seeger
Christopher Ayers
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
(973) 639-1000

*s/ Esther Salas*
_____
**Hon. Esther Salas, U.S.D.J.**
**Date:** September 23, 2020